AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jackalyn L. Brown ) | |
| v. ) | Civil Action No.    5:12-3242-JMC |
| Simmons Funeral Home Inc., and Paul A. Simmons, individually ) | |
| *Defendants* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

■ the plaintiff Jackalyn L. Brown  recover from the defendants Simmons Funeral Home, Inc., and Paul A. Simmons, individually the amount of Twelve Thousand Five Hundred and 00/100  dollars ($ 12,500.00), inclusive of attorneys' fees and costs in the amount of Five Thousand and 00/100 dollars ($5,000.00) and this action is dismissed with prejudice.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other:

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs presiding. The issues having been reviewed and a decision rendered.

Date:   September 17, 2013                                CLERK OF COURT

                                                          s/Angie Snipes
                                                          _____
                                                          *Signature of Clerk or Deputy Clerk*